UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

PERFECTING CHURCH, MARVIN WINANS, and CYNTHIA FLOWERS,

Plaintiffs,

Case No. 2:09-cv-13493

vs.

Hon. GERALD E. ROSEN

ROYSTER, CARBERRY, GOLDMAN & ASSOCIATES, INC., MARTIN ROYSTER, SHANNON STEEL, LLOYD BANKS, TOINE MURPHY and SHALAC HOLDINGS, LLC., jointly and severally,

Defendants.

---

CHARLES E. MURPHY (P28909)
ERIC K. SHIH (P71326)
**CLARK HILL PLC**
Attorneys for Plaintiffs
151 South Old Woodward Ave.
Suite 200
Birmingham, Michigan 48009
(248) 642-9692
(248) 642-2174 (Fax)
cmurphy@clarkhill.com

ARNOLD L. WEINER (P22104)
Attorney for Defendant STEEL
485 Orchard Lake Road
Pontiac, Michigan 48341
(248) 334-1587
(248) 334-9199 (Fax)
a.weiner@hatchettlawfirm.com

MARTIN ROYSTER
19710 Chesterfield
Detroit, Michigan 48221
(313) 587-0392
PRO SE

LLOYD BANKS
5371 Kingsfield Drive
West Bloomfield, Michigan 48332
(313) 378-8253
PRO SE

TOINE MURPHY
28861 Lorikay Street
Farmington Hills, Michigan 48334
(248) 705-7638
PRO SE

---

## AFFIDAVIT OF MERITORIOUS DEFENSE

I, Shannon Steel, being duly sworn, deposes and states as follows:

1. That I have recently as of Monday, June 28, 2010 @ 7:00 p.m. retained counsel.

2. That I was never an officer, director, agent, or employee of the Defendant's corporation or made representations to anyone regarding investments.

3. That I have reviewed the Motion to Set Aside the Default and could competently and truthfully testify to all the facts stated therein.

4. That I request the Default be Set Aside.

Further, Affiant sayeth not.

/s/ Shannon Steel
SHANNON STEEL, Defendant

Subscribed and sworn to before me
this 29th day of June, 2010.

/s/ Glory Taylor, Notary
GLORY TAYLOR

Oakland County, Michigan
My Commission Expires: 02/28/2014