**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PERFECTING CHURCH, MARVIN
WINANS, and CYNTHIA FLOWERS,

Plaintiffs,

Case No. 09-cv-13493
Hon. Gerald E. Rosen

v.

ROYSTER, CARBERRY, GOLDMAN
& ASSOCIATES, INC., *et al*,

Defendants.
___________________________________/

**ORDER REGARDING PLAINTIFFS'**
**MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANTS ROYSTER,**
**CARBERRY, GOLDMAN & ASSOCIATES, INC. AND SHANNON STEEL**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on July 2, 2010

PRESENT: Honorable Gerald E. Rosen
Chief Judge, United States District Court

On June 29, 2010, the Court held a hearing on Plaintiffs' Motion for Default Judgment as to Defendants Royster, Carberry, Goldman & Associates, Inc., and Shannon Steel. For the reasons stated on the record at this hearing,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion for Default Judgment [Dkt. # 28] is GRANTED IN PART and DENIED IN PART. In particular, the Motion is GRANTED as to Defendant Royster, Carberry, Goldman & Associates, Inc., and DENIED as to as to Defendant Shannon Steel.

IT IS FURTHER ORDERED that Defendant Shannon Steel's Motion to Set Aside Default [Dkt. # 36] be GRANTED and the clerk's entry of default as to Defendant Shannon Steel [Dkt. # 21] be SET ASIDE. Defendant Steel has until ***Tuesday, July 13, 2010***, to file a responsive pleading in this matter.

IT IS FURTHER ORDERED that Plaintiffs file affidavits showing an accounting of the amount due in damages and the underpinning factual allegations. Such affidavits shall be made on personal knowledge and shall be served on all Defendants.

IT IS FURTHER ORDERED that Defendant Steel pay to the Plaintiffs the amount of $200.00 (two hundred dollars) as a sanction for impeding the progress of this case.

SO ORDERED.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: July 2, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 2, 2010, by electronic and/or ordinary mail.

s/Ruth A.Gunther
Case Manager
(313) 234-5137