UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**PERFECTING CHURCH**, **MARVIN WINANS**, and **CYNTHIA FLOWERS**

                Plaintiffs,

vs.

**ROYSTER, CARBERRY, GOLDMAN & ASSOCIATES, INC.**, **MARTIN ROYSTER**, **SHANNON STEEL, LLOYD BANKS**, **TOINE MURPHY**, and **SHALAC HOLDINGS LLC**

                Defendants.

Case No. 2:09-cv-13493

Hon. Gerald E. Rosen

---

Charles E. Murphy (P28909)
Eric K. Shih (P71326)
**CLARK HILL PLC**
Attorneys for Plaintiffs
151 South Old Woodward Ave.,
Suite 200
Birmingham, MI  48009
(248) 642-9692
(248) 642-2174 (fax)
cmurphy@clarkhill.com

Martin Royster
19710 Chesterfield
Detroit, MI  48221
(313) 587-0392
In Pro Per

Richard G. Convertino (P62829)
**CONVERTINO & ASSOCIATES**
Attorneys for Defendants Lloyd Banks and Tonie Murphy
801 W. Ann Arbor Trail, Suite 233
Ann Arbor, MI  48170
(734) 927-9900
(734) 927-9904 (fax)
rgc@convertino.net

Shannon Steel
In Pro Per

---

### PLAINTIFFS' PRELIMINARY WITNESS LIST

Plaintiffs Perfecting Church, Marvin Winans, and Cynthia Flowers, by their attorneys Clark Hill PLC, respectfully submit the following preliminary list of witnesses that may be called to provide testimony in this matter:

1. Marvin Winans;

2. Cynthia Flowers;

3. Agents, employees, keepers of records, and other representatives of the Perfecting Church;

4. Martin Royster;

5. April Royster;

6. Shannon Steel;

7. Lloyd Banks;

8. Toine Murphy;

9. Agents, employees, keepers of records, and other representatives of Royster, Carberry, Goldman & Associates, Inc.;

10. Agents, employees, keepers of records, and other representatives of RCG Financial Group, LLC;

11. Agents, employees, keepers of records, and other representatives of RCG Management, Inc.;

12. Agents, employees, keepers of records, and other representatives of RCG Partners;

13. Agents, employees, keepers of records, and other representatives of Shalac Holdings LLC;

14. Agents, employees, keepers of records, and other representatives of the State of Michigan Department of Energy, Labor and Economic Growth, Office of Financial and Insurance Regulation and/or other government agencies that have investigated this matter;

15. All witnesses identified by any other party to this action, not otherwise objected to by Plaintiffs;

16. Persons and representatives of entities identified during the course of discovery, which is ongoing;

17. Persons identified by Plaintiffs for purposes of rebuttal.

Plaintiffs reserve the right to amend their Witness List as discovery in this matter progresses.

                                          Respectfully submitted,

                                          CLARK HILL PLC

By: */s/ Eric K. Shih*_____
     Charles E. Murphy
     151 South Old Woodward Ave., Suite 200
     Birmingham, MI  48009
     (248) 642-9692
     cmurphy@clarkhill.com

     Eric K. Shih
     500 Woodward Ave., Suite 3500
     Detroit, MI  48226-3435
     (313) 965-8813
     eshih@clarkhill.com

     Attorneys for Plaintiffs

Date: November 10, 2010

## CERTIFICATE OF SERVICE

I state that on November 10, 2010, the foregoing paper filed with the Court via the ECF system which will send notification to all attorneys of record.

By: */s/ Eric K. Shih*_____
Eric K. Shih (P71326)
500 Woodward Ave., Suite 3500
Detroit, MI 48226-3435
(313) 965-8813
eshih@clarkhill.com
Attorneys for Plaintiffs