Approved, SCAO

Original - Court    2nd copy - Defendant
1st copy - Officer    3rd copy - Plaintiff

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | REQUEST AND ORDER TO<br>SEIZE PROPERTY | CASE NO.<br>09-cv-13493 |
|---|---|---|

**Court address**
USDC Eastern District of Michigan, 231 W. Lafayette Blvd., Detroit, Michigan 48226

**Court telephone no.** (313) 234-5137

Plaintiff name(s) and address(es)
Perfecting Church, Marvin Winans, and Cynthia Flowers
c/o Clark Hill PLC, 500 Woodward Ave., Suite 3500
Detroit, Michigan 48226-3435

v

Defendant name(s) and address(es)
Royster, Carberry, Goldman & Associates, Inc.
See attached Exhibit A for address

FILED
MAR 17 2011
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

**REQUEST AND VERIFICATION**

1. On 09/08/2010 a judgment was granted in this case upon which the following is now due:

Amount of judgment $ 457,704.99    Interest to this date $ 58,959.38    Postjudgment costs $ 0.00
Total $ 516,664.37    Less credits received $ 0.00    *Balance due to date $ 516,664.37

*Additional statutory interest, officer/sheriff fees, and expenses may be charged in addition to the unpaid balance according to law.

2. The plaintiff requests the court issue an order to seize the property of the following defendant(s):

Royster, Carberry, Goldman & Associates, Inc.   N/A
**Name**      **Date of birth (if available)**

_____ _____
**Name**      **Date of birth (if available)**

03/14/2011      [signature]      P71326
**Date**      **Plaintiff/Attorney signature**      **Bar no.**

500 Woodward Ave., Suite 3500      Detroit    MI    48226    (313) 965-8300
**Address**      **City**    **State**    **Zip**    **Telephone no.**

**ORDER**

**TO ANY SHERIFF, DEPUTY SHERIFF, OR COURT OFFICER - YOU ARE ORDERED TO:**

1. Seize and sell, according to law, any of the personal property (as determined by the officer) of defendant(s) named above in the **Request and Verification** that is not exempt from seizure, as will be sufficient to satisfy the plaintiff's demand, costs, and any statutory fees and expenses. Personal property may include, but is not limited to motor vehicles or money, wherever located.
2. If sufficient personal property of defendant(s) cannot be found within your jurisdiction, seize and sell any of the real property of defendant(s) not exempt from seizure, as will be sufficient to satisfy plaintiff's demand, costs, and any statutory fees and expenses.
3. Collect from the sale of the property enough money to pay all of your statutory fees and statutory expenses.
4. Deposit proceeds of sale with the ☐ court ☐ plaintiff after deducting statutory fees and statutory expenses.
☐ 5. Claim and Delivery <u>Only</u>: Seize the property described in the attached judgment for claim and delivery and deliver to the plaintiff(s); or if the property is not found in the possession of the defendant(s), levy the value of it.
6. You must endorse the month, day, year, and hour that you receive this order, and **that time is the effective date of this order.** You must return this order not less than 20 days, nor more than 90 days, from the effective date. If you have begun to serve this order on or before the return date, you may complete the service and return after the return date.
7. You may not continue collecting on this order after the return date except as indicated in item 6.

3/17/2011      [signature]     
**Date**      **Judge**      **Bar no.**

Order to be served by: _____
     **Court officer/Deputy sheriff**

**ENDORSEMENT:** I certify that I received this order on _____ at _____
     **Date**      **Time**

_____
**Court officer/Deputy sheriff**

**TO THE DEFENDANT:** The person seizing property is required to provide you with a receipt of all money paid by you and an inventory of the property seized.

MC 19 (3/09) REQUEST AND ORDER TO SEIZE PROPERTY      MCL 600.2920, MCL 600.6002, MCR 3.106

## EXHIBIT A

**Royster, Carberry, Goldman & Associates, Inc., c/o Martin Royster:**

1. 1380 Oxford Rd, Berkley, MI  48072.
2. 1667 Campau Farms Cir 29, Detroit, MI  48207-5169
3. 19710 Chesterfield Rd, Detroit, MI  48221-1880
4. 19687 Raleigh Cir, Southfield, MI  48076-2422